PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSEPH A. VALENCIA,<br><br>          Defendant. | ) 2:23-po-00176-CKD<br>)<br>) STIPULATION AND ORDER TO VACATE<br>) BENCH TRIAL AND SET CHANGE OF<br>) PLEA AND SENTENCING<br>)<br>) DATE:  November 20, 2023<br>) TIME:  9:30 a.m.<br>) JUDGE: Hon. Carolyn K. Delaney<br>)<br>)<br>) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1.   By previous order, this matter was scheduled for a bench trial on November 20, 2023 at 9:30 a.m.

2.   Since the status conference, the parties have reached an agreement that will resolve this case. By this stipulation, the parties now jointly move to vacate the bench trial and set a change

/ / /

/ / /

of plea and sentencing hearing on November 16, 2023, at 9:30 a.m.

IT IS SO STIPULATED.


DATED: October 24, 2023          PHILLIP A. TALBERT
                                 United States Attorney


                          By:  */s/ Alstyn Bennett*
                               ALSTYN BENNETT
                               Assistant U.S. Attorney


                               */s/ Linda Harter*
                               LINDA HARTER
                               Assistant Federal Defender
                               Counsel for Defendant
                               *(Approved via email on 10/24/2023)*


## FINDINGS AND ORDER

IT IS SO ORDERED, that the bench trial is vacated as set forth above, and a change of plea and sentencing hearing is set for November 16, 2023 at 9:30 a.m.

Dated:  October 25, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE